# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40709** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Joshua J. POLLY** | ) | |
| **Staff Sergeant (E-5)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 1** |

On 27 March 2026, the court specified the following issue for supplemental briefing in the above-captioned case:

> **WHETHER APPELLANT'S CONVICTION UNDER ARTICLE 134, UCMJ, WAS BARRED BY THE PREEMPTION DOCTRINE BECAUSE THE MISCONDUCT IS COVERED BY ARTICLE 120b(c), UCMJ, 10 U.S.C. § 920b(c); AND IF SO, WHAT WOULD BE THE APPROPRIATE REMEDY.**

The briefs by both parties were due not later than 20 April 2026.

On 3 April 2026, Appellant submitted a motion to withdraw from appellate review, along with a request to attach Appellant's DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel on 31 March 2026.

The Government did not file a response.

Accordingly, it is by the court on this 8th day of April, 2026,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Attach is **GRANTED.** Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

**It is further ordered:**

The court's order of 27 March 2026 is hereby rescinded.



FOR THE COURT

CAROL K. JOYCE
Clerk of the Court